**Fill in this information to identify the case:**

Debtor 1        Liza Gaines-Cooper fka Liza Gaines

Debtor 2        _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois
                                                                    (State)

Case number     12-25873

---

Official Form 4100R

# Response to Notice of Final Cure Payment                      10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2003-1, Asset-Backed Certificates, Series 2003-1

**Court claim no.** (if known): 9-2

**Last 4 digits** of any number you use to identify the debtor's account: 9347

**Property address:** 7150 S. Vernon Ave
Number        Street

Chicago           IL        60619
City              State     Zip Code

## Part 2: Pre-petition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: _____

## Part 3: Post-petition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on:   09/ 01/ 2016
                                                                MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs. Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a. Total post-petition ongoing payments due:                              (a) _____

   b. Total fees, charges, expenses, escrow, and costs outstanding:        + (b) _____

   c. **Total.** Add lines a and b.                                           (c) _____

Creditor asserts that the debtor(s) are contractually obligated for the post-petition payment(s) that first became due on:   ___/___/_____
                                                                            MM / DD / YYYY

---

Official Form 4100R            **Response to Notice of Final Cure Payment**            page 1

| Debtor 1 | Liza Gaines-Cooper fka Liza Gaines | Case number (*if known*) | 12-25873 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response.

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | | | |
|---|---|---|---|
| X | /s/ Nisha Parikh | Date | 9/15/2016 |
| | Signature | | |
| Print: | Nisha   B.   Parikh | Title | Attorney for Creditor |
| | First Name   Middle Name   Last Name | | |
| Company: | Anselmo Lindberg Oliver LLC | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address: | 1771 W. Diehl Rd., Suite 120 | | |
|---|---|---|---|
| | Number   Street | | |
| | Naperville   IL   60563 | | |
| | City   State   Zip Code | | |
| Contact phone | (630) 453-6960 | Email | bankruptcy@ALOLawGroup.com |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:                                                                CASE NO. 12-25873

Liza Gaines-Cooper fka Liza Gaines                 CHAPTER 13

                                                                          JUDGE Jack B. Schmetterer

Debtor(s).

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2016, a copy of the foregoing Response to Notice of Final Cure Payment was served on the following registered ECF participants, **electronically through the court's ECF System** at the email address registered with the court:

Michael A. Miller, Debtor's Counsel

Tom E. Vaughn, Trustee

 United States Trustee


And on the following by **first-class U.S. Mail** addressed to:


Liza Gaines-Cooper fka Liza Gaines, 7150 S. Vernon, Chicago, IL 60619



                                                                    /s/  Nisha Parikh
                                                              ANSELMO LINDBERG OLIVER LLC
                                                              1771 W. Diehl Road, Suite 120
                                                              Naperville, IL 60563
                                                              (630) 453-6960 | (866) 402-8661 | (630) 428-4620 (fax)